**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 05-7273**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ROBERT C. WOODSON, JR.,

Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Albert V. Bryan, Jr., Senior
District Judge.  (CR-96-370)

———————

Submitted:  August 25, 2006        Decided:  September 7, 2006

———————

Before WILLIAMS, MICHAEL, and KING, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Robert C. Woodson, Jr., Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Robert C. Woodson, Jr., appeals the district court's orders denying his petition for writ of error coram nobis and his subsequent motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See <u>United States v. Woodson</u>, No. CR-96-370 (E.D. Va. filed May 31, 2005 & entered June 1, 2005; filed June 27, 2005 & entered June 28, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>